**UNITED STATES COURT OF APPEALS**

**FOR THE FOURTH CIRCUIT**

**CASE NO. 25-1412**

**BLOOSURF, LLC.,**

Plaintiff and Appellant

v.

**T-MOBILE USA, INC. and TDI ACQUISITION SUB, LLC.**

Defendants and Appellees

On Appeal from the United States District Court

for the District of Maryland

No. 1:24-cv-01047-RDB

**APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR FILING BRIEFS AND APPENDIX**

J. Chapman Petersen, Esq.
jcp@petersenfirm.com
Federico J. Zablah, Esq.
fjz@petersenfirm.com
Patrick Robert Corish, Esq.
prc@pertersenfirm.com
Chap Petersen & Associates, PLC
3970 Chain Bridge Road
Fairfax, VA 22030-0000
(571) 459-2512 – *telephone*
(571)-459-2307 - *facsimile*

## I.    MOTION

Appellants seek an extension of time for filing the Appellant's Brief and Appendix to **July 20, 2025** pursuant to Local Rule 31(c).

## II.    BACKGROUND AND ARGUMENT

Pursuant to Notice entered May 5, 2025, [DE 13] the Court has scheduled an initial mediation conference pursuant to Local Rule 33 to be conducted on May 20, 2025. Once the meditation conference occurred, the Court extended the deadline for filing of Appellants' Brief and Appendix until June 20, 2025. *See* DE 14. According, the filing deadlines are:

- Joint Appendix - currently due: June 20, 2025;
- Opening Brief – currently due: June 20, 2025;
- Response Brief – currently due: July 21, 2025; and
- Reply Brief (if any) due: Presumably[1], within **21 days** of service of response brief.

Counsel for the Appellants have conferred with counsel for the Appellees on a further extension of this timeline. The proposed dates being:

- Joint Appendix - currently due: July 20, 2025;
- Opening Brief – currently due: July 20, 2025;
- Response Brief – currently due: August 21, 2025; and
- Reply Brief (if any) due: within **21 days** of service of response brief.

Appellants assert that good cause exists for the same, and specifically asserts that such extension is reasonably necessary to allow Defendants/Appellants' printer to be able to produce the Opening Brief and Joint Appendix in accordance with the standards expected of this Honorable Court, and will aid the efficient administration of justice.

---

[1]    The extension order did not reference a reply brief.

**III.     STATEMENT OF COMPLIANCE / UNOPPOSED MOTION**

In compliance with Local Rule 27, counsel for Appellants have notified counsel for Appellees of their intent to file the present motion seeking an extension.  Counsel for Appellees have indicated that they do not oppose the motion for extension.

Dated: June 16, 2025

__/s/ Patrick R. Corish_____
J. Chapman Petersen, Esq.
jcp@petersenfirm.com
Federico J. Zablah, Esq.
fjz@petersenfirm.com
Patrick Robert Corish, Esq.
prc@pertersenfirm.com
Chap Petersen & Associates, PLC
3970 Chain Bridge Road
Fairfax, VA 22030-0000
(571) 459-2512 – *telephone*
(571)-459-2307 – *facsimile*
*Counsel for Appellant*

## CERTIFICATE OF SERVICE

       I, Patrick R. Corish, certify that the foregoing has been served on all counsel record using the Court's CM/ECF system on June 16, 2025.


             */s/ Patrick R. Corish*

             Patrick R. Corish